Ali R. Mirhosseini, Esq. (CA SBN 149919)
MIRHOSSEINI LAW GROUP, APC
1502 N. Broadway
Santa Ana, CA  92706
Telephone:   (714) 560-9100
Facsimile:    (714) 560-9120
e-service:  ali@armlaw.net; legalassistant@armlaw.net

**JS-6**

Attorneys for Plaintiff SAFA D.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFA D.,<br><br>              Plaintiff,<br><br>  vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); LOS ANGELES ASYLUM OFFICE; UR M. JADDOU, DIRECTOR, LOS ANGELES ASYLUM OFFICE; MATTHEW D. EMRICH, ASSOCIATE DIRECTOR, FRAUD DETECTION AND NATIONAL SECURITY, USCIS; TED H. KIM, ASSOCIATE DIRECTOR, REFUGEE ASYLUM AND INTERNATIONAL OPERATIONS, USCIS; and DOES 1 through 10, inclusive,<br><br>              Defendant(s). | CIVIL ACTION NO.: 2:23cv05239CAS(BFMx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL [FRCP 41(A)]**<br><br>Judge: Michael R. Wilner |

///
///
///
///
///
///
///
///

1

1     Pursuant to the stipulation of the parties under Federal *Rule of Civil Procedure*
2 41(a)(1)(ii), **IT IS SO ORDERED** THAT THIS ACTION BE, AND HEREBY IS, DISMISSED
3 WITH PREJUDICE as to all claims, causes of action and parties, with each party bearing
4 that party's own attorney fees and costs. The Clerk is direct to close the file.

DATED: October 24, 2024

By: *Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE